| | | |
|---|---|---|
| 1 | FRANCIS M. GREGOREK (144785)<br>gregorek@whafh.com | **E-filed 9/26/06** |
| 2 | BETSY C. MANIFOLD (182450)<br>manifold@whafh.com | |
| 3 | FRANCIS A. BOTTINI, JR. (175783)<br>bottini@whafh.com | |
| 4 | RACHELE R. RICKERT (190634)<br>rickert@whafh.com | |
| 5 | WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP | |
| 6 | Symphony Tower<br>750 B Street, Suite 2770 | |
| 7 | San Diego, CA 92101<br>Telephone: 619/239-4599 | |
| 8 | Facsimile:  619/234-4599 | |

Attorneys for Plaintiff Marilyn Freedman

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN FREEDMAN, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>RAMBUS INC., HAROLD HUGHES, GEOFF TATE, J. THOMAS BENTLEY, SUNLIN CHOU, JOHN DANFORTH, WILLIAM DAVIDOW, BRUCE DUNLEVIE, ROBERT K. EULAU, P. MICHAEL FARMWALD, MARK HOROWITZ, KEVIN KENNEDY, DAVID MOORING, and ABRAHAM SOFAER,<br><br>  Defendants. | CASE NO. CV 06-04546 JF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i) - CASE NO. CV 06-04546 JF

WHEREFORE, plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i);

WHEREAS, no defendant has served an answer or a motion for summary judgment in this action;

WHEREAS, a class certification motion has not been noticed or heard, a class has not been certified, and accordingly no class notice has been given to the putative class;

WHEREAS, the Court has reviewed the papers submitted by the plaintiff and has conducted its own independent review under Fed. R. Civ. P. 23(e) and 41(a) to determine whether this case should be dismissed without prejudice;

WHEREFORE, the Court orders as follows:

1.  Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, this class action is dismissed without prejudice as to all causes of action in the complaint;

2.  Pursuant to Federal Rule of Civil Procedure 23(e) and *Diaz v. Trust Territory of Pacific Islands*, 876 F.2d 1401 (9th Cir. 1989), notice of the voluntary dismissal of this class action is not required to be sent to absent class members. Pursuant to *Diaz*, the Court makes the following specific factual findings:

(a) Notice is not necessary because there is no indication that plaintiff appended class allegations in order to obtain a favorable individual settlement. To the contrary, plaintiff has not sought, nor have the defendants agreed to, any individual settlement of this action.

(b) Because no relief is being granted here that could affect the interests of absent class members, notice is not necessary to protect the class from any objectionable structural relief, trade-offs between compensatory and structural relief, or depletion of limited funds available to pay the class claims. *Diaz*, 876 F.2d at 1409.

(c) Notice is not necessary to protect absent class members from prejudice they might suffer if they had refrained from filing suit because of knowledge of this pending class action. No class has been certified in this action and accordingly no class notice has been given to the absent class members. In addition, substantially similar class actions are currently pending in

1 | this District – *Chu v. Hughes et al.*, Case No. C 06-03513 JF and *Maniglia v. Hughes, et al.*, Case
2 | No. C 06-04427 RS.
3 |     (d)  Plaintiff's counsel has represented that no consideration of any kind, direct
4 | or indirect has been given or will be given to any named party or his or her attorney with respect to
5 | this action or the dismissal of the action.
6 |     IT IS SO ORDERED.
7 | Dated: 9/26/06
8 |                 UNITED STATES DISTRICT COURT JUDGE

RAMBUS:13860.ORD

[PROPOSED] ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i) - CASE NO. CV 06-04546 JF